NEW JERSEY TURNPIKE AUTHORITY v.
HERRONTOWN WOODS, INC.

January 4, 1978. Petition for certification is dismissed as having been improvidently granted. (See 74 *N. J.* 247)

STATE OF NEW JERSEY v. MCARTHUR WATSON.

January 4, 1978. Petition for certification is dismissed as having been improvidently granted. (See 71 *N. J.* 531)

ANDREW GUGLIEMINI v. ROBERT E. MULCAHY.

January 9, 1978. Petition for certification denied.

CLARENCE SLEMMONS v. NAPORANO IRON & METAL CO.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER GRABOWSKI.

January 17, 1978. Petition for certification denied.